[No. 12049–6–II.  Division Two.  May 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKIE BLACK, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92294R020, Arthur W. Verharen, J., entered May 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 12096–8–II.  Division Two.  May 12, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID BRIAN VOLKMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–02251–3, Thomas A. Swayze, Jr., J., entered June 16, 1988. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12059–3–II.  Division Two.  May 12, 1989.]

MARIE B. KORMENDY, *Appellant,* v. PUBLIC EMPLOYEES MUTUAL INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–2–00605–4, Waldo F. Stone, J., entered June 3, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.